NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KATRINA D. CONWAY,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2013-3084

---

Petition for review of the Merit Systems Protection Board in No. NY0752070253-I-1.

---

**ON MOTION**

---

## O R D E R

The Merit Systems Protection Board moves for a 14-day extension of time, until April 15, 2013, to file its principal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

KATRINA CONWAY v. MSPB                                          2

                              FOR THE COURT

                              /s/ Jan Horbaly
                              Jan Horbaly
                              Clerk

s27